CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/24/2023

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **WILLIAM HARRISON FARLEY,** )<br>)<br>) | |
| ) | Civil Action No. 6:22-cv-24 |
| **Plaintiff,** )<br>) | |
| ) | By: Hon. Robert S. Ballou |
| v. ) | United States District Judge |
| ) | |
| **CMFG LIFE INSURANCE** )<br>**COMPANY, d/b/a CUNA MUTUAL** )<br>**GROUP,** )<br>) | |
| **Defendant.** ) | |

# ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** as follows:

1. Defendant's motion for summary judgment is **GRANTED** and

2. Plaintiff's motion to strike is **DENIED**.

This case is hereby **DISMISSED** with prejudice.

Entered: May 24, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge